| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| David R. Shoop, Esq. (SBN 220576),Thomas S. Alch, Esq. (SBN 136860)<br>**SHOOP | A PROFESSIONAL LAW CORPORATION**<br>9701 Wilshire Blvd., Suite 950, Beverly Hills, California 90212. Telephone: (310) 620-9533<br>Jason P. Sultzer, Esq. (To be admitted Pro Hac Vice), Joseph Lipari, Esq. (To be admitted Pro Hac Vice),Daniel Markowitz, Esq. (To be admitted Pro Hac Vice)<br>**THE SULTZER LAW GROUP P.C.**<br>270 Madison Avenue, Suite 1800, New York, NY 10016. Telephone: (212) 969-7810<br>Michael R. Reese, Esq. (SBN 206773)<br>**REESE LLP**<br>100 West 93rd Street, 16th Floor, New York, New York 10025.Telephone: (212) 643-0500 | |
| ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Robbins, individually and on behalf of all others similarly situated,<br>                                                      Plaintiff(s),<br>v.<br>Gerber Products Company (d/b/a Nestlé Nutrition, Nestlé Infant Nutrition, or Nestle Nutrition North America) and<br>Nurture, Inc. (d/b/a Happy Family Brands and Happy Family Organics),<br>                                                      Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                            Charles Robbins
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Charles Robbins | Named Plaintiff and potential class representative |
| Putative Class Members | Proposed class members pursuant to Rule 23 subject to Court approval |
| SHOOP | A PROFESSIONAL LAW CORPORATION | Counsel for Plaintiff and the putative class |
| THE SULTZER LAW GROUP P.C. | Counsel for Plaintiff and the putative class |
| REESE LLP | Counsel for Plaintiff and the putative class |
| Gerber Products Company (d/b/a Nestlé Nutrition, Nestlé Infant Nutrition, or Nestlé Nutrition North America) | Defendant |
| Nurture, Inc. (d/b/a Happy Family Brands and Happy Famil | Defendant |

February 17, 2021                                      _/s/_
Date                                                         Signature

Attorney of record for (or name of party appearing in pro per):

Charles Robbins